1 **JOSEPH M. McMULLEN**
California State Bar No. 246757
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5030
Telephone: (619) 234-8467
4 Email: Joseph_McMullen@fd.org

5
Attorneys for Mr. Aguilera-Ramirez
6

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE WILLIAM MCCURINE, JR.)**

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | )  Case No. 07MJ2934-WMC |
| 12       Plaintiff, | ) |
| | )  **NOTICE OF ATTORNEY APPEARANCE** |
| 13  v. | ) |
| 14  EDUARDO AGUILERA-RAMIREZ, | ) |
| 15       Defendant. | ) |
| 16  _____ | ) |

17   Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Joseph

18 M. McMullen and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

19 the above-captioned case.

20                                                                Respectfully submitted,

21

22 Dated: December 21, 2007           _/s/ Joseph M. McMullen_
                                                                  **JOSEPH M. MCMULLEN**
23                                                                Federal Defenders of San Diego, Inc.
                                                                  Attorneys for Mr. Aguilera-Ramirez
24                                                                Joseph_McMullen@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

DATED:  December 21, 2007          /s/ Joseph M. McMullen
**JOSEPH M. MCMULLEN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Joseph_McMullen@fd.org