AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

JAN - 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

EDUARDO AGUILERA-RAMIREZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0045-LAB

I, EDUARDO AGUILERA-RAMIREZ, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on  1/8/08  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer