MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs _Eduardo Aguilera-Ramirez_   No. _08CR0045-LAB_

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on ____1-31-08____ and ended on ____4/28/08____ ; α7, XT'I)

_____ and ended on _____ . (   )

3161(h)

____(1)(A)   Exam or hrg for **mental or physical incapacity**                                                           A

____(1)(B)   **NARA exam**ination (28:2902)                                                                             B

____(1)(D)   State or Federal trials or **other charges pending**                                                       C

____(1)(E)   **Interlocutory appeals**                                                                                   D

____(1)(F)   **Pretrial motions** (from flg to hrg or other prompt dispo)                                               E

____(1)(G)   **Transfers from other district** (per FRCrP 20, 21 & 40)                                                  F

____(1)(J)   **Proceedings under advisement** not to exceed thirty days                                                 G

____         Misc proc:  Parole or prob rev, deportation, **extradition**                                               H

____(1)(H)   **Transportation** from another district or to/from examination
             or hospitalization in ten days or less                                                                     6

✗ ___(1)(I)  Consideration by Court of **proposed plea agreement**                                                      (7)

____(2)      **Prosecution deferred** by mutual agreement                                                               I

____(3)(A)(B) **Unavailability of defendant** or **essential witness**                                                  M

____(4)      Period of **mental or physical incompetence** of defendant to
             stand trial                                                                                                N

____(5)      Period of **NARA commitment or treatment**                                                                 O

____(6)      **Superseding indictment** and/or **new charges**                                                          P

____(7)      **Defendant awaiting trial of co-defendant** when no severance
             has been granted                                                                                           R

____(8)(A)(B) **Continuances** granted per (h)(8)-use "T" alone if more than
             one of the reasons below are given in support of continuance                                               T

____(8)(B)(I) 1) Failure to grant a **continuance** in the proceeding                                                   (T1)
                 would result in a **miscarriage of justice** and
                 the ends of justice outweigh the best interest
                 of the public and the defendant in a speedy trial.
                 **(Continuance - miscarriage of justice)**
✗             2) Failure to grant a **continuance** of the trial would result in
                 a miscarriage of justice as the defendant has tendered a
                 guilty plea to a magistrate judge and is awaiting a
                 determination as to whether the plea will be accepted.
                 **(Continuance - tendered a guilty plea)**

____(8)(B)(ii)  2) **Case** unusual or **complex**                                                                      T2

____(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days                              T3

____(8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel,
                   or give reasonable time to prepare
                   **(Continuance re counsel)**                                                                         T4

____3161(I)  Time up to **withdrawal of guilty plea**                                                                   U

____3161(b)  **Grand jury indictment time extended** thirty (30) more days                                             W

Date_1-31-08_                                                      _[signature]_
                                                                  Judge's Initials